ANDREW J. STUNICH III (State Bar No. 197698)
PERLMAN & STUNICH
2701 Harrison Avenue, Suite 1
Eureka, CA 95501
Telephone: (707) 442-2927
Facsimile: (707) 443-2747
E-mail: ajs@perlmanstunichlaw.com

Attorneys for Plaintiff
WENDELL ROW

SONIA MARTIN (State Bar No. 191148)
JONE TRAN (State Bar No. 239311)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
E-mail: sonia.martin@dentons.com
jone.tran@dentons.com

Attorneys for Defendant
NATIONWIDE MUTUAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| WENDELL ROW,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY and DOES 1 to 50,<br><br>Defendants. | No. 3:13-cv-04995-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, the parties are in receipt of the Court's December 26, 2013 Order (Doc. No. 12), which advanced the date of the Initial Case Management Conference to January 24, 2014;

WHEREAS, Defendant's counsel, Sonia Martin, is in the midst of a class action trial in Los Angeles County that is expected to last at least through mid-January 2014;

WHEREAS, as a result of her trial, Ms. Martin will be unable to meet and confer with Plaintiff's counsel and prepare the Initial Case Management Conference Statement in this case by the current deadline of January 17, 2014;

WHEREAS, Ms. Martin may still be in trial on January 24, 2014;

WHEREAS, due to his trial schedule, the earliest available Friday on which Plaintiff's counsel could participate in an Initial Case Management Conference is Friday, March 7, 2014;

WHEREAS, the parties agree that the interests of judicial economy and convenience of the parties would be furthered by continuing the date of the Initial Case Management Conference to ensure that lead counsel will be able to attend the conference and to give counsel a meaningful opportunity to meet and confer in advance of the conference;

NOW, THEREFORE, IT IS AGREED AND STIPULATED that the Initial Case Management Conference shall be continued to Friday, March 7, 2014 at 1:30 p.m., or another subsequent date during which the Court is available to conduct the conference.

IT IS SO STIPULATED.

**FILER'S ATTESTATION:**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: January 3, 2014   By   */s/ Sonia Martin*
                                    Sonia Martin

Dated: January 3, 2014   PERLMAN & STUNICH

                         By   */s/ ANDREW J. STUNICH III*
                                    ANDREW J. STUNICH

                         Attorneys for Plaintiff WENDELL ROW

Case No. 3:13-cv-04995-JSW     -2-     JOINT STIP. AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MGMT. CONF.

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

| | | |
|---|---|---|
| 1 | Dated: January 3, 2014 | DENTONS US LLP |
| 2 | | |
| 3 | | By _____/s/ SONIA MARTIN_____ |
| 4 | | SONIA MARTIN |
| 5 | | Attorneys for Defendant<br>NATIONWIDE MUTUAL INSURANCE<br>COMPANY |

**[PROPOSED] ORDER**

Pursuant to the above stipulation, the Court hereby continues the Initial Case Management Conference in the above-referenced action to Friday, ~~March 7, 2014 at 1:30 p.m. or Friday,~~ March 14 _____, 2014 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: January 6, 2014

_____
Hon. Jeffrey S. White

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

Case No. 3:13-cv-04995-JSW  -3-  JOINT STIP. AND [PROPOSED] ORDER CONTINUING INITIAL CASE MGMT. CONF.