UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


WENDELL ROW,                                    CASE NO. 3:13-CV-04995-JSW
                    Plaintiff(s),

        v.                                      STIPULATION AND [~~PROPOSED~~]
                                                ORDER SELECTING ADR PROCESS

NATIONWIDE MUTUAL INSURANCE
COMPANY and DOES 1 to 50,
                    Defendant(s).
_____/


        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

        **Court Processes:**
        ☐       Non-binding Arbitration (ADR L.R. 4)
        ☐       Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        ☐       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

        **Private Process:**
        ☑       Private ADR (*please identify process and provider*)  Mediation with Fred
                Hirschfield, Esq.  Plaintiff to provide all information requested in claim process
                before mediation is scheduled.

The parties agree to hold the ADR session by:
        ☑       the presumptive deadline *(The deadline is 90 days from the date of the order
                referring the case to an ADR process unless otherwise ordered. )*

        ☐       other requested deadline _____


Dated: February 13, 2014                              /s/ Andrew J. Stunich III
                                                      Attorney for Plaintiff


Dated: February 21, 2014                              /s/ Sonia R. Martin
                                                      Attorney for Defendant


CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

    ☒       The parties' stipulation is adopted and IT IS SO ORDERED.
    ☐       The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:  February 25, 2014

                                 HONORABLE JEFFREY S. WHITE
                                 UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11