ANDREW J. STUNICH III (State Bar No. 197698)
PERLMAN & STUNICH
2701 Harrison Avenue, Suite 1
Eureka, CA 95501
Telephone: (707) 442-2927
Facsimile: (707) 443-2747
E-mail: ajs@perlmanstunichlaw.com

Attorneys for Plaintiff
WENDELL ROW


SONIA MARTIN (State Bar No. 191148)
JONE TRAN (State Bar No. 239311)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
E-mail: sonia.martin@dentons.com
        jone.tran@dentons.com

Attorneys for Defendant
NATIONWIDE MUTUAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| WENDELL ROW,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY and DOES 1 to 50,<br><br>　　　　Defendants. | No. 3:13-cv-04995-NC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

　　　　WHEREAS, the Court issued a Notice on March 25, 2013 (Doc. No. 25), scheduling a Case Management Conference for April 2, 2014;

Case No. 3:13-cv-04995-NC　　　　　　　　　-1-　　　　　　　　JOINT STIP. AND [PROPOSED] ORDER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CONTINUING CASE MGMT. CONF.

1     WHEREAS, counsel for both parties have conflicting obligations on April 2, 2014,
2 including a hearing in another matter (defendant's counsel) and a vacation (plaintiff's counsel);
3     WHEREAS, due to other scheduling conflicts, including out-of-state travel and trial, the
4 earliest available Wednesday on which counsel could participate in a Case Management
5 Conference is Wednesday, April 30, 2014;
6     WHEREAS, the parties agree that the interests of judicial economy and convenience of
7 the parties would be furthered by continuing the date of the Case Management Conference to
8 ensure that lead counsel will be able to attend it;
9     NOW, THEREFORE, IT IS AGREED AND STIPULATED that the Case Management
10 Conference shall be continued to Wednesday, April 30, 2014 at 10:00 a.m., or another
11 subsequent date during which the Court is available to conduct the conference.
12     IT IS SO STIPULATED.

**FILER'S ATTESTATION:**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: March 26, 2014      By    */s/ Sonia Martin*
                                                Sonia Martin

Dated: March 26, 2014      PERLMAN & STUNICH

                                   By    */s/ ANDREW J. STUNICH III*
                                                ANDREW J. STUNICH

Attorneys for Plaintiff WENDELL ROW

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1  Dated: March 26, 2014                           DENTONS US LLP

3                                                  By _____/s/ SONIA MARTIN_____
                                                          SONIA MARTIN

5                                                  Attorneys for Defendant
                                                   NATIONWIDE MUTUAL INSURANCE
                                                   COMPANY

7                              **[PROPOSED] ORDER**

8    Pursuant to the above stipulation, the Court hereby continues the Case Management

9  Conference in the above-referenced action to Wednesday, April 30, 2014 at 10:00 a.m. ~~or~~

10 ~~Wednesday~~, _____, ~~2014 at 10:00 a.m~~.

11   **IT IS SO ORDERED.**

14 Dated:  March 27, 2014                           _____
                                                          Hon. Nathanael Cousins

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

Case No. 3:13-cv-04995-NC           -3-           JOINT STIP. AND [~~PROPOSED~~] ORDER
                                                  CONTINUING CASE MGMT. CONF.