ANDREW J. STUNICH III (State Bar No. 197698)
PERLMAN & STUNICH
2701 Harrison Avenue, Suite 1
Eureka, CA 95501
Telephone: (707) 442-2927
Facsimile: (707) 443-2747
E-mail: ajs@perlmanstunichlaw.com

Attorneys for Plaintiff
WENDELL ROW

SONIA MARTIN (State Bar No. 191148)
JONE TRAN (State Bar No. 239311)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
E-mail: sonia.martin@dentons.com
        jone.tran@dentons.com

Attorneys for Defendant
NATIONWIDE MUTUAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WENDELL ROW, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONWIDE MUTUAL INSURANCE COMPANY and DOES 1 to 50, <br><br> Defendants. | No. 3:13-cv-04995-NC <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE**; ORDER THEREON |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate
2  that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each side bearing
3  its own fees and costs.
4  IT IS SO STIPULATED.
5  Dated: August 28, 2014                         PERLMAN & STUNICH

7                                                 By _____
                                                           ANDREW J. STUNICH

                                                  Attorneys for Plaintiff
                                                  WENDELL ROW

10 Dated: September 3, 2014                       DENTONS US LLP

12                                                By _____
                                                           SONIA MARTIN

                                                  Attorneys for Defendant
                                                  NATIONWIDE MUTUAL INSURANCE
                                                  COMPANY

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1  IT IS SO ORDERED.

2  Dated: September 4, 2014

_____
Hon.
U.S.

GRANTED
Judge Nathanael M. Cousins

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000